# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ALEKSANDER SHUL, et al. | : | |
| | : | Case No. 1:21-CV-01945 |
| Plaintiff, | : | |
| | : | Judge J. Phillip Calabrese |
| v. | : | |
| | : | Magistrate William H. Baughman, Jr. |
| CITY OF UNIVERSITY HEIGHTS, OHIO | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE OF OFFER OF JUDGMENT
### BY DEFENDANT CITY OF UNIVERSITY HEIGHTS, OHIO

Defendant City of University Heights, Ohio provides notices that, pursuant to Fed. R. Civ. P. 68(a), it served an Offer of Judgment upon Plaintiffs via electronic mail to Plaintiffs' counsel on the 5th May, 2022.

*/s/ Mark Landes*
MARK LANDES (0027227)
DONALD C. BREY (0021965)
ISAAC WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio  43215-5098
Phone:  (614) 221-2121
Fax:     (614) 365-9516
mlandes@isaacwiles.com
dbrey@isaacwiles.com


*/s/ Luke F. McConville*
LUKE F. McCONVILLE (0067222)
Director of Law
MICHAEL E. CICERO (0058610)
NICOLA, GUDBRANSON & COOPER, LLC
1400 Republic Building
25 W. Prospect Avenue
Cleveland, Ohio  44115
Phone:  (216) 621-7227
Fax:     (216) 621-3999
mcconville@nicola.com
cicero@nicola.com
*Attorneys for Defendant, City of University Heights*

## CERTIFICATE OF SERVICE

  A true copy of the foregoing was filed electronically on this 6th day of May, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Mark Landes*
                Mark Landes (0027227)

4873-5108-3804.1