IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEKSANDER SHUL, et al., | ) | CASE NO. 1:21-CV-01945 |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| CITY OF UNIVERSITY HEIGHTS, OHIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**THIS MATTER** having been brought before the Court by Plaintiffs, the Aleksander Shul,

Shnior Zalman Denciger, and University Realty  USA  LLC,  pursuant to the provisions of the

Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. §§ 2000cc,

et seq., the United States Constitution, and the laws of the State of Ohio, to use certain real property

located at 4380 University Heights (the "Subject Property") as a Shul by Complaint dated October

13, 2021; and

**WHEREAS**, the City filed an Answer to Plaintiffs' Complaint in the Federal Action on

April 18, 2022; and

**WHEREAS**, all Parties desire to resolve the above-captioned action without further

litigation, controversy, and  inconvenience related to the subject matter of the action, and desire to

settle, fully and finally, any and all claims among them; and

**WHEREAS**,  the Parties have submitted a fully executed Settlement Agreement for the

Court's review; and

WHEREAS, the Court has reviewed the Parties' Settlement Agreement and finds it tobe fair and reasonable; and

WHEREAS, this Court has jurisdiction over the subject matter of this case pursuant to28 U.S.C. § 1331, 28 U.S.C. § 1367, and 42 U.S.C. § 2000cc-2; and

WHEREAS, this Court has personal jurisdiction over City; and venue is proper inthis District;

IT IS on this_____day of_____, 2022, ORDERED, ADJUDGED and DECREED as follows:

1. The terms of the Parties' Settlement Agreement, dated _Dec. 23_, 2022 and attached to this Order, and each of those terms and Exhibits attached thereto are hereby incorporated into this order and are fully enforceable as an order of this Court.

2. This Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement for the term set forth in the Settlement Agreement.

IT IS SO ORDERED.

Dated:_____, 2022

_____
Hon. J. Philip Calabrese
United States District JudgeNorthern District of Ohio