IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEKSANDER SHUL, et al., | ) | CASE NO. 1:21-cv-01945 |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF UNIVERSITY HEIGHTS, OHIO, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SEVEN-DAY EXTENSION OF TIME,
UNTIL AUGUST 11, 2023, TO FILE REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiffs Aleksander Shul, Senior Zalman Denciger, and University Realty USA LLC (collectively, "Plaintiffs"), by and through counsel, hereby move this Court for an Order granting them an additional, brief extension of time to file a Reply Memorandum in Support of Plaintiffs' Motion for Attorney's Fees and Costs. Specifically, Plaintiffs request an extension of seven (7) days, until August 11, 2023, to file their Reply Memorandum. The grounds for the instant motion are set forth in the attached Memorandum in Support, which is incorporated herein by reference.

Date: August 4, 2023

Respectfully submitted,

/s/ *Lindsey E. Sacher*
John P. Slagter (0055513)
Anthony R. Vacanti (0080834)
Lindsey E. Sacher (0087883)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Tel:    216.592.5000
Fax:   216.592.5009
john.slagter@tuckerellis.com
tony.vacanti@tuckerellis.com
lindsey.sacher@tuckerellis.com

6092053

2

        ROMAN P. STORZER (*pro hac vice*)
        ERIC W. TREENE (*pro hac vice*)
        STORZER & ASSOCIATES, P.C.
        1025 Connecticut Ave. NW, Suite 1000
        Washington, DC 20036
        Tel:    202.857.9766
        storzer@storzerlaw.com
        treen@storzerlaw.com

        SAMUEL SPEED (*pro hac vice*)
        STORZER & ASSOCIATES, P.C.
        9433 Common Brook Road, Suite 208
        Owings Mills, MD 21117
        Tel:    410.559.6325
        speed@storzerlaw.com

        *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALEKSANDER SHUL, et al., | CASE NO. 1:21-cv-01945 |
| Plaintiffs, | JUDGE J. PHILIP CALABRESE |
| v. | |
| CITY OF UNIVERSITY HEIGHTS, OHIO, | |
| Defendant. | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SEVEN-DAY EXTENSION OF TIME, UNTIL AUGUST 11, 2023, TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS**

On January 17, 2023, Plaintiffs Aleksander Shul, Senior Zalman Denciger, and University Realty USA LLC (collectively, "Plaintiffs") filed a Motion for Attorney's Fees and Costs ("Motion") (ECF No. 48). That Motion was filed pursuant to the terms of the Settlement Agreement entered into between Plaintiffs and Defendant the City of University Heights, Ohio and its Mayor (together, the "City") which was incorporated into this Court's Order dismissing the above-referenced action. (ECF No. 47). After obtaining an extension of time in which to oppose Plaintiffs' Motion, the City submitted its Brief in Opposition (ECF No. 51). Given the length and depth of the Opposition, as well as the attachments thereto, and the ongoing discussions between the parties regarding a potential settlement of the attorney's fees dispute, Plaintiffs have requested, and have been granted, several extensions of time for the filing of a Reply Memorandum in Support of their Motion.

Within the past several weeks, the ***Plaintiffs and the City have reached and finalized an agreement to resolve the current dispute over the amount of attorney's fees recoverable by Plaintiffs***. The only task remaining is for the parties to reach agreement and finalize a *Notice of*

6092053

*Settlement and Withdrawal of Plaintiff's Motion for Attorneys' Fees and Costs* (the "Notice and Withdrawal") to be filed with this Court; the parties anticipate this will be accomplished within the next several business days.

The requested extension will allow the parties sufficient time to take finalize and file the Notice and Withdrawal, without the concern of Plaintiffs unnecessarily incurring the costs of preparing and filing a Reply. Accordingly, Plaintiffs respectfully request that this Court issue an Order granting them an extension of time, this time until **August 11, 2023**, to file a Reply Memorandum in Support of Plaintiffs' Motion for Attorney's Fees and Costs. This should be the final extension requested in this case.

                                              Respectfully submitted,

                                              /s/ *Lindsey E. Sacher*
JOHN P. SLAGTER (0055513)
ANTHONY R. VACANTI (0080834)
LINDSEY E. SACHER (0087883)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Tel:    216.592.5000
Fax:   216.592.5009
john.slagter@tuckerellis.com
tony.vacanti@tuckerellis.com
lindsey.sacher@tuckerellis.com

ROMAN P. STORZER (*pro hac vice*)
ERIC W. TREENE (*pro hac vice*)
STORZER & ASSOCIATES, P.C.
1025 Connecticut Ave. NW, Suite 1000
Washington, DC 20036
Tel:    202.857.9766
storzer@storzerlaw.com
treen@storzerlaw.com

2

6092053

3

                                                SAMUEL SPEED (*pro hac vice*)
                                                STORZER & ASSOCIATES, P.C.
                                                9433 Common Brook Road, Suite 208
                                                Owings Mills, MD 21117
                                                Tel:    410.559.6325
                                                speed@storzerlaw.com

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    A copy of the foregoing was filed electronically on August 4, 2023. Service of this filing is made pursuant to Fed. R. Civ. P. 5(b)(2)(E) by operation of the Court's electronic filing system upon all counsel of record.

                                                                */s/ Lindsey E. Sacher*
                                                                 Lindsey E. Sacher (0087883)
                                                                 *One of the Attorneys for Plaintiffs*