IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEKSANDER SHUL, *et al.* | ) | CASE NO: 1:21-CV-01945 |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| CITY OF UNIVERSITY HEIGHTS, OHIO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AND WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

The Parties to this action previously filed with the Court a Settlement Agreement (ECF 47-1) fully resolving all claims in this matter, which was incorporated into an Order of this Court. ECF No. 47. In Paragraph 15 of the Settlement Agreement, the Parties agreed "Plaintiffs shall be entitled to an award of attorneys' fees…[to] be determined by the United States District Court for the Northern District of Ohio, Eastern Division, upon application of Plaintiffs for same." ECF No. 47-1 PageID 348.

Now before the Court is Plaintiffs' Motion for Attorney's Fees and Costs, which Plaintiffs filed on January 17, 2023. ECF No. 48. Defendant filed a memorandum in opposition to Plaintiffs' Motion on March 22, 2023. ECF No. 51. The Parties have reached an Attorney's Fees Agreement fully resolving all issues of attorney's fees.

Accordingly, Plaintiffs hereby withdraw their Motion for Attorney's Fees and Costs, and the Parties jointly agree that only the rights and obligations arising under Paragraph 15 as to Plaintiffs' Motion for Attorney's Fees and Costs (ECF No. 48) are fully satisfied. Any and all

other terms and provisions of Paragraph 15 of the Settlement Agreement remain in full force and effect.

          Respectfully submitted,

          */s/ Lindsey Sacher*
          John P. Slagter (0055513)
          Lindsey E. Sacher (0087883)
          Anthony Vacanti (0080834)
          TUCKER ELLIS, LLP
          950 Main Avenue, Suite 1100
          Cleveland, OH 44113
          Tel: (216) 696-5863
          john.slagter@tuckerellis.com
          lindsey.sacher@tuckerellis.com
          tony.vacanti@tuckerellis.com
          *Attorneys for Plaintiffs*

          */s/ Roman P. Storzer*
          Roman P. Storzer, Esq., pro hac vice
          Eric W. Treene, Esq., pro hac vice
          Samuel L. Speed, Esq., pro hac vice
          STORZER & ASSOCIATES, P.C.
          21025 Connecticut Avenue, N.W
          Washington, DC 20036
          Tel: (202) 857-9766
          Fax: (202) 315- 3996
          storzer@storzerlaw.com
          treene@storzerlaw.com
          speed@storzerlaw.com

          */s/ Donald C. Brey*
          MARK LANDES (0027227)
          DONALD C. BREY (0021965)
          ISAAC WILES & BURKHOLDER, LLC
          Two Miranova Place, Suite 700
          Columbus, Ohio 43215-5098
          Phone: (614) 221-2121
          Fax:   (614) 365-9516
          mlandes@isaacwiles.com

dbrey@isaacwiles.com
*Attorneys for Defendant*
*City of University Heights*