IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALEKSANDER SHUL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF UNIVERSITY HEIGHTS, OHIO <br><br> Defendant. | CASE NO:  1:21-CV-01945 <br><br> JUDGE J. PHILIP CALABRESE <br><br> MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

## ORDER

**THIS MATTER** is before the Court on the Parties' joint Notice of Settlement and Withdrawal of Plaintiffs' Motion for Attorney's Fees and Costs.

**WHEREAS**, the Parties to this action previously filed with the Court a Settlement Agreement (ECF 47-1) fully resolving all claims in this matter which was incorporated into an Order of this Court. ECF No. 47;

**WHEREAS**, Paragraph 15 of the Settlement Agreement entitled Plaintiffs to file an application with the Court for an award of attorney's fees and costs;

**WHEREAS,** Plaintiffs filed a Motion for Attorney's Fees and Costs with the Court on January 17, 2023 (ECF No. 48);

**WHEREAS,** the Parties have reached an "Attorney Fees Agreement;"

**WHEREAS,** the Parties agree that the Attorney Fees Agreement satisfies only the rights and obligations arising under Paragraph 15 of the previously filed Settlement Agreement as to Plaintiffs' Motion for Attorney's Fees and Costs (ECF No. 48);

1

**WHEREAS,** any and all other terms and provisions of Paragraph 15 of the Settlement Agreement remain in full force and effect;

**WHEREAS,** the Parties agree that the Attorney Fees Agreement renders moot Plaintiffs' Motion for Attorney's Fees;

**WHEREAS,** as a result of the Attorney Fees Agreement, Plaintiffs agreed to withdraw the Motion for Attorney's Fees.

**IT IS ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs' Motion for Attorney's Fees and Costs (ECF No. 48) is deemed WITHDRAWN.

**SO ORDERED.**

Dated August 18, 2023

_____
**HON. J. PHILIP CALABRESE**
**United States District Judge**
**Northern District of Ohio**